NOMA ELECTRIC CORPORATION v. MORRIS PROPP and Another.— Motion granted

upon condition that the appellants continue their bond in the sum of $150,000 until the determination by this court of the appeal and procure the said appeal to be argued on the 14th day of December, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.